UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Teresa Gaffney

Case No. 8:22-bk-00690-MGW
Chapter 13

_____ Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ✔   CREDITOR: ☐

Please **print** the following information:

NAME: Teresa Gaffney

OLD MAILING ADDRESS: 3507 W San Luis Street
Tampa, FL 33629

NEW MAILING ADDRESS: P.O. Box 18112
Tampa, FL 33679

DATED: March 4, 2022   *[signature]*
Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 813-210-0493

**All future notices shall be sent to the new mailing address**

(6/1/11)