**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No. 8:22-bk-00690-MGW
  Chapter 13
TERESA GAFFNEY

Debtor(s)[1]
_____/

**TRUSTEE'S MOTION TO DISMISS FOR DEBTOR'S**
**(a) FAILURE TO COMPLY WITH THIS COURT'S ORDERS,**
**AND (b) FOR UNREASONABLE DELAY AND NOTICE OF HEARING**

> A preliminary hearing in this case will be held on July 25, 2022 at 1:35 p.m. before the Honorable Michael G. Williamson, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 8A, Tampa, Florida to consider and act upon this matter.
>
> Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

COMES NOW, Kelly Remick, Chapter 13 Standing Trustee, by and through her undersigned attorney and files this Motion to Dismiss for Failure to Comply with This Court's Orders and for Unreasonable Delay and in support thereof would state as follows:

1. The Debtor filed this case on February 22, 2022.

2. An Order Continuing and Rescheduling Confirmation Hearing and Hearing on Objections to Confirmation was entered by this Court on May 13, 2022 (Doc. No. 33).

3. Pursuant to paragraph 3 of the Order Continuing and Rescheduling Confirmation Hearing and Hearing on Objections to Confirmation, the Debtor is required to file within 21 days

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

1

of the Order an Amended Chapter 13 Plan which provides for ongoing mortgage payments to be paid through the Plan, either treated as a mortgage modification or as a cure and maintain of claim No. 3-2 of Deutsche Bank National Trust Company. Debtor shall also file an Amended Schedule I and/or amended Form 22C-1 disclosing all income of the Debtor, including any income earned within the six months prior to the month of filing.

4. The Debtor has failed to comply with the terms of the Order Continuing and Rescheduling Confirmation Hearing and Hearing on Objections to Confirmation (Doc. No. 33) and has not filed the required amended Plan. Therefore, this Chapter 13 case should be dismissed.

5. In addition, the Debtor's failure to file an amended Plan with the mortgage payment paid through the Plan is a violation of this Court's Administrative Order Prescribing Procedures for Chapter 13 Cases Filed on or After August 1, 2020, paragraph 4h.

6. Further, the failure of the Debtor to file the required amended Plan creates an unreasonable delay that is prejudicial to creditors and therefore grounds for dismissal under 11 U.S.C. Section 1307(c)(1).

WHEREFORE, the Trustee would pray this Court for an order dismissing the Debtor's case for failing to comply with the Order Continuing and Rescheduling Confirmation Hearing and Hearing on Objections to Confirmation (Doc. No. 33), for failure to follow this Court's administrative order and for unreasonable delay, and would further pray this Court for any and all such other relief as this Court shall deem appropriate and just, including any relief applicable under 11 U.S.C. §105(a).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF and/or by First Class U.S. Mail to: TERESA

GAFFNEY, P.O. Box 18112, Tampa, FL 33679; and to ZIONA KOPELOVICH, Debt Relief Law Offices of Tampa Bay LLC, 5422 Trouble Creek Rd., New Port Richey, FL 34652; this 9th day of June, 2021.

    /s/ William C. Harrison, Esquire
WILLIAM C. HARRISON, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

KR/WCH/ct