UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No: 8:22-bk-00690-MGW
 Chapter 13
TERESA M. GAFFNEY,

    Debtor.
_____/

EXHIBIT 4

## AFFIDAVIT OF STANLEY GLOSTER

COMES NOW the Affiant, Stanley Gloster and states the following:

1. I am STANLEY GLOSTER, a resident of Hillsborough County, Florida.
2. I am of the age of majority.
3. On October 25, 2017 in the morning, I was at the home owned by Sarah Sussman.
4. I was in the house and in the front yard.
5. I looked at the photographs provided by Baumann/Kangas. The photographs are not a true representation of the interior of the Clark Street home; they certainly do not accurately represent the condition of the residence on the day of the eviction.
6. Steve Bellavigna was there also.
7. TPD showed up and reported that one of the neighbors complained about a black man on the property.
8. The black man was me.
9. The TPD Officer apologized and left.
10. I am a well known and respected member of my community. The conduct which I indicated above was not an isolated example of the bias shown to Mr. Sussman, Ms. Gaffney and/or Sarah Sussman.
11. I am appalled to learn that the courts have failed to correct the taking of homestead property; it is a travesty.
12. I believe that there should be a full and thorough investigation of the conduct of the Court and Attorneys Kangas and Baumann.
13. Many people want answers to how a Judge can unlawfully take Homestead Property and evict people from their home as a sanction. There has been no justice in this case.
14. We are going to demand answers.
15. In December 2017 Sarah Sussman and I were discussing what happened around the eviction and TPD being called because I was a black man there.
16. Sarah Sussman was sorry that I was embarrassed by that incident.
17. Sarah and I talked about how Steven Howard, the guy across the street, would call her a Jew Bitch.
18. She understood how I felt.
19. Sarah Sussman told me that she had to file for bankruptcy.

20. I asked her how she got evicted if she filed for bankruptcy and she didn't know.
21. Sarah told me that it was her homestead and she had filed that paperwork about homestead in September or October of 2017.
22. Sarah told me that she had to file more paperwork for the bankruptcy and take a course.
23. Sarah Sussman told me that she took a course before she filed and took notes in case there was a test.
24. Sarah Sussman said that there was no test.
25. I have known Sarah Sussman for over ten years.
26. Sarah Sussman does not lie and would not lie.
27. Sarah Sussman is a person of high moral integrity.
28. I have observed the treatment of Sarah K. Sussman and her mother by the courts; it is, in my opinion, abundantly clear that these people have not and will not be accorded fair and even handed treatment. This departure from the requirement of fundamental fairness requires, in my opinion, a transfer of venue as to these parties and the matters before the court. Further, as a citizen and resident of Hillsborough County, I want this case to be investigated.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Stanley Gloster

Date: 4 MARCH 2020

Sworn to, and subscribed before me on this 4th day of March, 2020, by STANLEY GLOSTER, who produced  FDL  as identification and who executed the foregoing Affidavit and acknowledged before me that the information contained in the Affidavit is true and correct to the best of his knowledge.

_____
NOTARY PUBLIC



DOV SUSSMAN
Notary Public - State of Florida
Commission # GG 198255
My Comm. Expires Mar 20, 2022
Bonded through National Notary Assn.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Stanley Gloster_
Stanley Gloster

Date: 4 MARCH 2020

Sworn to, and subscribed before me on this 4TH day of March, 2020, by STANLEY GLOSTER, who produced ___FDL___ as identification and who executed the foregoing Affidavit and acknowledged before me that the information contained in the Affidavit is true and correct to the best of his knowledge.

_____
NOTARY PUBLIC



DOV SUSSMAN
Notary Public – State of Florida
Commission # GG 198255
My Comm. Expires Mar 20, 2022
Bonded through National Notary Assn.