## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

TERESA GAFFNEY                                    Case No.: 8-22-bk-00690-
MGW

                                                          Chapter 13

Debtor.

_____/

## <u>MOTION FOR ORDER STRIKING DEFAMATORY STATEMENTS</u>

COMES NOW, Phillip A. Baumann, as Administrator Ad Litem of the Estate
of John J. Gaffney, deceased, and files this Motion for Order Striking Affidavit of
George Braun [**Doc 55, Exhibit 5**] pursuant to 11 USC § 107(b)(2), and Fed. Bankr.
R. 9018, and in support thereof states as follows:

1.     On June 9, 2022, Debtor filed her Second Motion for Protective Order
[Doc. 55] to which she attaches the Affidavit of George Braun as **Exhibit 5**.[1]

2.     In the Affidavit, George Braun makes several demonstrably scandalous
and defamatory averments against the undersigned, as follows:

        a.     "The Judge in DC informed Ms. Sussman that he had no jurisdiction
                over Mr. Kangas in regards to a TRO or Preliminary Injunction,

---

[1] Movant previously filed a Motion to Strike Debtor's Second Motion for Protective Order [Dox.
56] based upon her counsel, James Macchitelli, not being admitted to practice before this Court
and his unlicensed practice of law in filing same.

since the acts occurred in Florida." [Doc. 55, Exhibit 5, at ¶ 15]. This averment is false and not supported by the transcript of the proceedings to which Mr. Braun's affidavit refers. *See* Transcript of Proceedings, dated August 22, 2018, a true and correct copy of which is attached hereto as **Exhibit A**. The Court at the hearing stated to Ms. Sussman "From what you say, I could not cite to any action that Mr. Kangas has participated in that would support the finding he is likely to harm you in any illegal way . . . . I don't have any basis to think that his Defendant poses any threat of illegal assault or threats to you here in the District of Columbia." **Exhibit A, 22:14-25**.

b.  "The Judge apologized to Ms. Sussman because he couldn't do more to protect Ms. Sussman." This is false. *See* **Exhibit A**. This statement is verifiably false as the transcript is devoid of any such apology.

c.  "The Judge responded after reviewing the file that 'no piece of paper (i.e. TRO) would protect [Ms. Sussman] from the likes of Mr. Kangas.'" Contrary to Mr. Braun's false averment, the court stated on the record "[s]o I'm hard put to find a temporary restraining order is necessary or appropriate in this case because, one, based on what

you have testified to and told me under oath, I have no basis to conclude that Mr. Kangas poses any threat to you of irreparable harm.". See **Exhibit A, 22:23-23:19**.  This false, scandalous and defamatory averment must be stricken.

3.    Mr. Braun's affidavit completely misstates what transpired in Washington D.C. and he is contradicted by the transcript of the proceedings.

4.    For several years, Debtor and her family have been filing false affidavits from persons friendly or acquainted with them to defame anyone who opposes Debtor or her family, including the undersigned.

5.    Pursuant to 11 USC § 107(b)(2), and Fed. Bankr. R. 9018, this Court has the discretion and authority to strike any scandalous or defamatory material from the record.

WHEREFORE the Movant respectfully requests that this Honorable Court grant this Motion and enter an order striking Mr. Braun's Affidavit [**Doc. 55, Exhibit 5**] from the record in this proceeding.

Dated this 10th day of August, 2022.

Respectfully submitted,
BaumannKangas Estate Law

*/s/Michael R. Kangas*
Michael R. Kangas
Florida Bar No. 54492

201 East Kennedy Boulevard, Suite 830
P.O. Box 399
Tampa, Florida 33601-0399
(813) 223-2202
Attorney for the Administrator Ad Litem
of the Estate of John J. Gaffney
Email: mrk@estatelawflorida.com
Secondary:
admin@estatelawflorida.com
jek@estatelawflorida.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system or U.S. Mail to:

**Office of the US Trustee**, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, Florida, 33602;

**Chapter 13 Trustee, Kelly Remick,** P.O. Box 89948, Tampa, Florida, 33689;

**Attorney for Debtor, Ziona Kopelovich**, 5422 Trouble Creek Road, New Port Richey, Florida 34652;

**Keith Labell,** Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487;

**Teresa Gaffney**, 3507 W San Luis Street, Tampa, Florida 33629 and P.O. Box 18112, Tampa, Florida 33679.

on this 10th day of August, 2022.

/s/Michael R. Kangas
Michael R. Kangas
Florida Bar No. 54492