SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

```
-------------------------X
                         :
SARAH K. SUSSMAN,        :  Docket Number:  2018 CAB 005376
          Plaintiff,     :
                         :
          vs.            :
                         :
GUNTHER SANABRIA, et al.,:
          Defendant.     :
                         :  Wednesday, August 22, 2018
-------------------------X  Washington, D.C.
```

The above-entitled action came on for hearing

before the HONORABLE ROBERT S. TIGNOR, Senior Judge, in

Courtroom Number JIC.



APPEARANCES:

On behalf of the Plaintiff:

SARAH K. SUSSMAN, PRO SE


On behalf of Defendant Kangas:

HARRIS BOND, ESQUIRE
Washington, D.C.

22-02072

1

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

1                    P R O C E E D I N G S

2                THE DEPUTY CLERK:  Calling Case No. 2018 CA 5376,

3    Sarah K. Sussman v. Gunther Sanabria and Michael Kangas.

4                MR. KANGAS:  Kangas.  You were close.

5                THE COURT:  There is an interpreter here now.

6                MR. BOND:  Good morning, Your Honor.  My name is

7    Harris Bond.  I represent Mr. Kangas.  I don't believe Mr.

8    Abray (phonetic) has been served.

9                THE COURT:  All right, Mr. Bond.  You represent

10   Mr. Kangas?

11               MR. BOND:  I do.

12               THE COURT:  You -- okay.

13               UNIDENTIFIED SPEAKER:  Oh, yeah.

14               THE COURT:  I'd like the Plaintiff to state her

15   name, please.  Ms. Sussman?

16               MS. SUSSMAN:  Yes?

17               MR. SUSSMAN:  State your name.

18               THE COURT:  State your name, please.

19               MS. SUSSMAN:  Sarah Katherine Sussman.

20               THE COURT:  Now, are -- you have an attorney who

21   is on his way here who was admitted to the D.C. Bar?

22               MS. SUSSMAN:  Yes.

23               THE COURT:  What is his or her name?

24               MS. SUSSMAN:  George Braun.

25               THE COURT:  George Bond?

1              MS. SUSSMAN:  Braun, B-r-a-u-n.

2              THE COURT:  Braun.  Do you know where he is now?

3              MS. SUSSMAN:  The -- he's on his way.  I think

4    he's just stuck in traffic.

5              THE COURT:  All right.  Sir, state your name.

6              MR. KANGAS:  My name is Michael Ryan Kangas.

7              THE COURT:  As to Mr. Sanabria, has he been

8    served?

9              MS. SUSSMAN:  No.  And the process server is

10   available by phone or he provided an affidavit to explain

11   that they've tried to serve him.

12             THE COURT:  All right.  What -- actually, I'm

13   going to pass this until hopefully Mr. Braun is here so we

14   can address all these issues at one time so --

15             MR. BOND:  Very well.

16             THE COURT:  If you'll stand by, close by.

17             MS. SUSSMAN:  Okay.

18             THE COURT:  Also, there are some pleadings.  Did

19   someone file?

20             MR. BOND:  Your Honor, I have been retained last

21   evening.  We filed --

22             THE COURT:  Yesterday?

23             MR. BOND:  Yes.  We put together a response last

24   evening, and there are some documents attached --

25             THE COURT:  All right.

1          MR. BOND:  -- to it.  That's for the Court.

2          THE COURT:  Well, I -- I understand.  Has it been

3  filed in the Civil Division?

4          MR. BOND:  It has not yet.  It will be.

5          THE COURT:  Perhaps you can tend to that while we

6  are waiting, provide opposition with -- with copies.  Yes,

7  sir?

8          MR. SUSSMAN:  Listening to you.

9          MR. BOND:  Can I inquire who this individual is?

10          MR. SUSSMAN:  Say again, please.

11          MR. BOND:  Can I inquire who this -- this

12  individual is?

13          MR. SUSSMAN:  Happy to do that.  I would just like

14  to point out to the Court I have a hearing loss from --

15          THE COURT:  Yes, sir.

16          MR. SUSSMAN:  -- a number of years ago, and I

17  would have to ask folks to speak up a little bit.  My last

18  name is Sussman, S-u-s-s-m-a-n.  First name is spelled

19  D-o-b, Dob.  I'm an attorney licensed in the state of

20  Florida, not licensed in the District of Columbia.  And I'm

21  also the father of Sarah Katherine Sussman.

22          THE COURT:  All right.  Thank you.

23          MR. SUSSMAN:  Yes, sir.

24          THE COURT:  All right.  So we'll pass this until

25  hopefully Mr. Braun is here.  And then, Mr. Bond, whatever

1  you may need to do in terms of filing these pleadings,

2  perhaps you'll have an opportunity to do that.

3          MR. BOND:  Very well.

4          THE COURT:  All right.  Thank you.

5          (Thereupon, a recess was taken.)

6          MR. BOND:  (Indiscernible.)

7          MR. KANGAS:  And I'm Michael Kangas.

8          THE COURT:  All right.  Mr. Kangas.  Counsel?

9          MR. BRAUN:  I -- been retained in this matter yet,

10 Your Honor.  She is acting as pro se, and she asked me to

11 come down to see where we were at.

12         THE COURT:  All right.  Well, just state your name

13 for the record.

14         MR. BRAUN:  Your Honor, I'm currently working with

15 a firm here in town, so I'm pro hac vice with them, so I

16 can't make an appearance in D.C. Court.

17         THE COURT:  You are not a member of the D.C. Bar?

18         MR. BRAUN:  I am not.  I have a pro hac vice --

19         THE COURT:  All right.

20         MR. BRAUN:  -- that we're ready to file, but we

21 haven't gotten it in here --

22         THE COURT:  All right.

23         MR. BRAUN:  -- yet.  So I can't make an

24 appearance.

25         THE COURT:  All right.  So Ms. Sussman, you're

1   representing yourself in this matter.

2           MS. SUSSMAN:  Correct.  Correct.

3           THE COURT:  State your name, please.

4           MS. SUSSMAN:  Sarah Katherine Sussman.

5           THE COURT:  Thank you.

6           MR. BOND:  Your Honor, I'd like to move the rule

7   on witnesses if I could.

8           THE COURT:  Well, I'll note that request.  Ms.

9   Sussman, do you intend to call witnesses today apart from

10  yourself?

11          MS. SUSSMAN:  No, but I have an investigator in

12  Florida, a detective in Florida, and my process server up

13  here that are all ready to be by the phone if you need to

14  reach them.

15          THE COURT:  All right.  Now, you, I believe,

16  indicated that there was a process server who was attempted

17  to serve the other Defendant in the matter.

18          MS. SUSSMAN:  That is correct.

19          THE COURT:  And that -- is -- is the process

20  server here now?

21          MS. SUSSMAN:  No.  He has an affidavit he can fax

22  over, or he can be available by phone.

23          THE COURT:  Have you submitted the affidavit?

24          MS. SUSSMAN:  I gave it to the guy in that room

25  when I was there.

```
1              THE COURT:  Do you have an affidavit
2   (indiscernible)?
3              MR. SUSSMAN:  The affidavit (indiscernible).
4              MS. SUSSMAN:  No.  The affidavit for Gunther.  No
5   affidavit, so we tried to serve him.  Is that date that said
6   we tried to serve him?
7              MR. SUSSMAN:  Yeah.
8              THE DEPUTY CLERK:  (Indiscernible) affidavit for
9   an assessment (indiscernible) this case.  Can you ask
10  someone because she said that she gave it to someone out
11  there?  Kevin is going to ask the other (indiscernible) out
12  there.  He said (indiscernible).
13             THE COURT:  Right.  Well, as to Mr. Kangas, first
14  of all, Mr. Bond, you have witnesses other than Mr. Kangas?
15             MR. BOND:  I may call --
16             THE COURT:  Do you have any in the courtroom now?
17  You asked for a rule on witnesses.
18             MR. BOND:  I --
19             THE COURT:  I'm not sure.
20             MR. BOND:  I -- I may call Mr. Sussman depending
21  on what answers come out with some of my other questions.
22             THE DEPUTY CLERK:  I don't have the
23  (indiscernible) affidavit (indiscernible).
24             THE COURT:  Ms. Sussman, am I correct in
25  understanding you to say that you presented an affidavit of
```

1  service with respect to Mr. Sanabria to someone here?

2        MS. SUSSMAN:  Yeah.

3        THE COURT:  We have a -- the affidavit of service

4  I believe as to Mr. Kangas.

5        MS. SUSSMAN:  Okay.  Well --

6        THE COURT:  Do you have an affidavit indicating

7  the efforts made to serve Mr. Sanabria?

8        MS. SUSSMAN:  I thought but can I -- I mean, I can

9  call the process server and have him fax it over here.  Will

10 that work for you?

11       THE COURT:  It's not a matter of what will work

12 for me.  It's what will work for you in terms of prosecuting

13 this -- this matter.

14       MS. SUSSMAN:  Okay.  I mean, I can have it sent

15 over.

16       THE COURT:  What's the name of the process server

17 that you believe attempted to serve Mr. Sanabria?

18       MS. SUSSMAN:  I don't know specifically who in the

19 company, but I know which company I used if that helps.  But

20 I have the number and the extension if that helps.

21       THE COURT:  All right.  In any event, it's your

22 understanding Mr. Sanabria has not been served; is that

23 correct?

24       MS. SUSSMAN:  That is correct.

25       THE COURT:  So he's not likely to appear here

1  today.

2          MS. SUSSMAN:  That is correct.

3          THE COURT:  Where is he living, if you know?

4          MS. SUSSMAN:  The process servers, I believe, had

5  that information.  I don't have --

6          THE COURT:  What -- what --

7          MS. SUSSMAN:  -- it off the top of my head.

8          THE COURT:  Does he -- does he live in the

9  District of Columbia?

10         MS. SUSSMAN:  Yes.

11         THE COURT:  Mr. Sanabria does?

12         MS. SUSSMAN:  Maybe not in -- he lives somewhere

13  either in D.C., Virginia or Maryland, somewhere in this

14  area.

15         THE COURT:  Well, what information did you give

16  the process server to assist --

17         MS. SUSSMAN:  I gave --

18         THE COURT:  -- him or her --

19         MS. SUSSMAN:  -- his --

20         THE COURT:  -- in serving Mr. Sanabria?

21         MS. SUSSMAN:  I gave his law firm address, which

22  is in Southeast.

23         THE COURT:  As to Mr. Kangas, you're asking the

24  Court to issue a restraining order?

25         MS. SUSSMAN:  That is correct.

```
 1              THE COURT:  Now, Mr. Bond, right now, the only
 2   witnesses or potential witnesses I'm aware of are Ms.
 3   Sussman and your client.  I'm not --
 4              MR. BOND:  And Mr. Sussman.
 5              THE COURT:  I'm sorry?
 6              MR. BOND:  And Mr. Sussman, Your Honor.
 7              THE COURT:  You're -- you're representing -- you
 8   intend to call him?
 9              MR. BOND:  I'm representing to you that I possibly
10   could call him --
11              THE COURT:  And you're asking --
12              MR. BOND:  -- depending on --
13              THE COURT:  -- that he be excluded now under the
14   rule of witnesses?
15              MR. BOND:  I am.
16              THE COURT:  Proffer what you expect him to testify
17   to.
18              MR. BOND:  I expect -- this is a case that my
19   client is an attorney that practices in Tampa, Florida.
20   This is a case where my client has a client who represented
21   Ms. Sussman's grandfather.
22              THE COURT:  Well, I don't want to go into all of
23   that now.  We can address that through testimony --
24              MR. BOND:  I -- I think he can --
25              THE COURT:  -- or evidence under oath.
```

```
1              MR. BOND:  -- testify.  I think he can --

2              THE COURT:  But you're -- you're asking me to

3    order that Mr. Sussman, who is an attorney but not licensed

4    in the District and who, I presume, wants to be available to

5    his daughter.  You're asking me to prohibit that because you

6    might call him as a witness?

7              MR. BOND:  I think he could testify there was a

8    motion for sanctions that was granted in Florida relating to

9    Ms. Sussman's conduct.

10             THE COURT:  So he testified of matters that would

11   be confirmed or refuted by court records in any event.

12             MR. BOND:  It would be confirmed with court

13   records.  That's --

14             THE COURT:  All right.  Well then --

15             MR. BOND:  -- correct.

16             THE COURT:  -- there's no need to apply the rule

17   on witnesses to him.  So as to Mr. Sussman, he -- he will be

18   permitted to remain at counsel table.

19             MR. BOND:  Understood.

20             THE COURT:  I ask Ms. -- Ms. Sussman and Mr.

21   Kangas be placed under oath.

22             MR. SUSSMAN:  Raise your right hand.

23             THE DEPUTY CLERK:  Parties can raise their right

24   hand.

25             (Thereupon, the parties were duly sworn by the
```

1  Deputy Clerk.)

2          MR. BOND:  Your Honor, I have a preliminary matter

3  before we go into testimony.

4          THE COURT:  Well, before we do that, I have a

5  preliminary matter that I always address at this stage.

6  That is, Ms. Sussman, Mr. Kangas, this is something that I

7  always say to parties at the beginning of these hearings,

8  although I'm sure you are already aware of this.

9          As of now, you are each under oath.  You're sworn

10 to tell the truth.  Every word we speak is recorded.  It's

11 part of the permanent record of the Court.  If you say

12 something that is not true, you thereby commit the offense

13 of perjury.  Ms. Sussman, do you understand what I've just

14 said?

15         MS. SUSSMAN:  I do.

16         THE COURT:  Mr. Kangas, do you understand what

17 I've just said?

18         MR. KANGAS:  I do, Your Honor.

19         THE COURT:  Now, what is your preliminary matter,

20 Mr. Bond?

21         MR. BOND:  Your Honor, I don't believe the Court

22 has jurisdiction to hear this.  My client is a resident and

23 domiciled in Florida.  He is a lawyer that practices in

24 Florida.  He does not live in the District of Columbia.  He

25 has no connection with the District of Columbia.  The only

1  reason he is here today is to respond to this matter.

2          And his only connection with Ms. Sussman and, for

3  that matter, Mr. Sussman, is that they had filed a

4  bankruptcy action in the Middle District of Florida to

5  discharge attorneys' fees that are owed to Mr. Kangas and

6  one of Mr. Kangas's clients.  The allegations that are made

7  as I read them -- and I don't think the complaint or the --

8  the motion sets forth that -- an action that can be granted.

9  But it indicates that another individual apparently touched

10 or did something to Ms. Sussman.

11         It was not my client.  It occurred a long time

12 ago.  And there -- there is nothing connecting my client to

13 the District of Columbia.  And further --

14         THE COURT:  All right.  Well, I'll hold in

15 abeyance the -- your -- excuse me.

16         MR. BOND:  Can I -- can I just bring --

17         THE COURT:  Excuse me.

18         MR. BOND:  -- one more thing up?

19         THE COURT:  You will be fully heard but just bear

20 with me for a few moments.  You can have a seat.  Detective

21 Bernier (phonetic)?

22         MR. BERNIER:  Yes, Your Honor?

23         THE COURT:  Come up here, please.

24         MR. BERNIER:  Yes, Your Honor.

25         THE COURT:  Raise your right hand.

1          (Thereupon, Mr. Bernier was duly sworn by the

2    Deputy Clerk.)

3          THE COURT:  Also, Imbrenda (phonetic)?

4          MR. IMBRENDA:  Yes, Your Honor.

5          THE COURT:  Come forward.  Raise your right hand.

6          MR. IMBRENDA:  Thank you, Your Honor.

7          THE COURT:  All right.

8          (Thereupon, Mr. Imbrenda was duly sworn by the

9    Deputy Clerk.)

10         MR. KANGAS:  Never seen it before.

11         UNIDENTIFIED SPEAKER:  Thank you, Your Honor.

12         THE COURT:  All right.

13         MR. BOND:  You know, Your Honor, the other matter

14   I want --

15         THE COURT:  Excuse me.  I have a question for Ms.

16   Sussman before you continue.

17         MS. SUSSMAN:  Yes, Your Honor?

18         THE COURT:  Ms. Sussman, what are you asking the

19   Court to order Mr. Kangas to do?

20         MS. SUSSMAN:  All I want is a restraining order.

21         THE COURT:  I'm sorry?

22         MS. SUSSMAN:  All I want is a restraining order so

23   that if he comes to D.C., he can't --

24         THE COURT:  Directing him to do what?

25         MS. SUSSMAN:  To just stay away from me.

1          THE COURT:  Has he done something in the District

2    of Columbia to make you feel that you need such an order?

3          MS. SUSSMAN:  Yes, Your Honor.

4          THE COURT:  When did he do that?

5          MS. SUSSMAN:  I believe that he sent Gunther

6    Sanabria --

7          THE COURT:  I'm sorry?

8          MS. SUSSMAN:  I believe that he sent Gunther

9    Sanabria to the place I work at, which is just a bar, to

10   intimidate me.

11         THE COURT:  Has Mr. Kangas ever done anything to

12   you within the District of Columbia that you found

13   objectionable?

14         MS. SUSSMAN:  He -- I have not seen him here in

15   the District, but I just want an order so that in the off

16   chance he comes here that I'm safe.

17         THE COURT:  Ms. Sussman, in order to issue a

18   restraining order, I have to find certain things.

19         MS. SUSSMAN:  Do you have a --

20         THE COURT:  Excuse me.

21         MS. SUSSMAN:  Sorry.

22         THE COURT:  If you'll let me finish, I have to

23   find first that, in the absence of a restraining order, the

24   applicant -- that is you --

25         MS. SUSSMAN:  Mm-hmm.

1          THE COURT:  -- would likely suffer some

2   irreparable harm.  So in some of these cases, Plaintiff, the

3   person in your position, says, well, this man has been

4   threatening me or this man assaulted me.

5          MS. SUSSMAN:  Mm-hmm.

6          THE COURT:  Or this man damaged my property, and

7   I'm afraid to be at home if he comes near me.  And many of

8   those cases, the Court finds that, yes, if I don't issue an

9   order, the Plaintiff may be assaulted or may suffer severe

10  emotional distress.

11         MS. SUSSMAN:  Mm-hmm.

12         THE COURT:  That couldn't be adequately

13  compensated for monetarily, money.

14         MS. SUSSMAN:  Mm-hmm.

15         THE COURT:  Additionally, I have to find that the

16  party is likely to prevail, to win on the merits of their

17  ultimate request, whether that be for a preliminary

18  injunction or -- or monetary damages or whatever.  If I

19  understand you correctly, it is your view that Mr. Kangas

20  has sent Mr. Sanabria here to do something?

21         MS. SUSSMAN:  Yes, sir.  But I also have --

22         THE COURT:  And -- and that your concern, then,

23  that Mr. Kangas might, himself, come near you and do

24  something?

25         MS. SUSSMAN:  Yes, sir.  I have an affidavit here

1    of --

2              THE COURT:  Let me ask you this, ma'am.  What did

3    Mr. Sanabria do that causes you to think you need an order?

4              MS. SUSSMAN:  Well, he -- he came to the bar, and

5    he said that he was an attorney, and he was from Florida.

6    And he was behalf on Mr. Kangas.  And I do have an affidavit

7    here from --

8              THE COURT:  Okay.  He came to the bar where I

9    suppose you work?

10              MS. SUSSMAN:  Correct.

11              THE COURT:  Were you present?

12              MS. SUSSMAN:  Yes.  I was working.

13              THE COURT:  You're -- and you saw him?

14              MS. SUSSMAN:  Yes.

15              THE COURT:  And he said --

16              MS. SUSSMAN:  That he was there on behalf of

17    Kangas.  And I do have --

18              THE COURT:  And -- and what else?  Did he threaten

19    you?

20              MS. SUSSMAN:  I got away at that point and went

21    back to doing my job but I --

22              THE COURT:  And then what happened?  Tell me what

23    Mr. Sanabria did.

24              MS. SUSSMAN:  He stayed at the bar for a while and

25    had electronics out like an iPad and phone, some things like

 1   that.

 2          THE COURT:  He what?

 3          MS. SUSSMAN:  He stayed at the bar for a while

 4   with --

 5          THE COURT:  Yes.

 6          MS. SUSSMAN:  -- like an iPad out.

 7          THE COURT:  He left an iPad out?

 8          MS. SUSSMAN:  He had an iPad or, like, a laptop or

 9   something out.

10          THE COURT:  He do anything else?

11          MS. SUSSMAN:  Not to me.  I stayed away from him.

12   But I do have an affidavit from a security consultant back

13   in Florida that's -- and I don't know if you have it up

14   there.  I'm not sure what paperwork you have.  And I can

15   give it to you, but I have had threats against my life that

16   people have heard from Mr. Kangas.

17          THE COURT:  Ms. Sussman, assuming the accuracy of

18   everything you said, this doesn't really seem to come close

19   to being sufficient for me to find that an order is

20   necessary to prevent irreparable harm to you here in the

21   District.

22          MS. SUSSMAN:  Can I --

23          THE COURT:  What -- what harm are you concerned

24   about happening to you?

25          MS. SUSSMAN:  Can -- can I bring you the

1   affidavit?

2           THE COURT:  No.  I'd like to just hear from you,

3   ma'am, because that's what at issue, harm to you, potential

4   irreparable harm to you.

5           MS. SUSSMAN:  Well, Mr. Sanabria came up, and he

6   grabbed my shoulder.  And he held it there.  I was rolling

7   silverware, and he --

8           THE COURT:  Mister --

9           MS. SUSSMAN:  Sanabria.

10          THE COURT:  I'm sorry?

11          MS. SUSSMAN:  Mr. Sanabria, the other fellow.

12          THE COURT:  When did he do that?

13          MS. SUSSMAN:  When he came into the bar.

14          THE COURT:  Well, but you never mentioned that

15  before.  He grabbed your shoulder?

16          MS. SUSSMAN:  Mm-hmm.

17          MR. SUSSMAN:  Say yes.

18          MS. SUSSMAN:  Yes, sir.

19          THE COURT:  All right.  So what do you say that he

20  did?

21          MS. SUSSMAN:  I was at work, and I was doing some

22  side work at the bar that you normally do, and he came up,

23  and he grabbed my shoulder and flip me around and kept

24  saying, "Are you Sarah?"

25          THE COURT:  And -- and he what?

1              MS. SUSSMAN:  And he --

2              THE COURT:  Turned you around?

3              MS. SUSSMAN:  -- flipped -- yeah, like, turned me

4    around.

5              THE COURT:  All right.

6              MS. SUSSMAN:  And he said, "Are you Sarah?"  And I

7    was uncomfortable, so I didn't answer.

8              THE COURT:  Yes.

9              MS. SUSSMAN:  Yes.

10             THE COURT:  So then what happened, ma'am?

11             MS. SUSSMAN:  He kept saying that he was a Florida

12   -- attorney from Florida and that he was here on behalf of

13   Kangas and that he knew I was Sarah, and he had some

14   questions for me.

15             THE COURT:  Yes.

16             MS. SUSSMAN:  I got upset and I got -- I tried to

17   get back to work.

18             THE COURT:  And how did it end?  That -- that was

19   it?

20             MS. SUSSMAN:  Yes, but I do have -- I mean --

21             THE COURT:  You referring to the affidavit of

22   Steven Ballambine (phonetic)?

23             MS. SUSSMAN:  Bellavy (phonetic).

24             THE COURT:  Is that the --

25             MS. SUSSMAN:  Yes, sir.

```
1              THE COURT:  How does he pronounce his name?

2              MS. SUSSMAN:  Bellaviga (phonetic).

3              THE COURT:  Bellaviga?  I see.  Bellaviga.  Do you

4    have the affidavit referred to, Mr. Bond?

5              MR. BOND:  I do, Your Honor.

6              THE COURT:  All right.  That's -- answers my

7    question.

8              MR. BOND:  I -- at least I --

9              THE COURT:  Excuse me.

10             MR. BOND:  -- think I do.

11             THE COURT:  I'm sorry?

12             MR. BOND:  At least I think I do.  I --

13             THE COURT:  All right.  It's an affidavit dated

14   April 19th of this year.

15             MR. BOND:  I have it.

16             THE COURT:  Okay.  Who is Dob Sussman?

17             MS. SUSSMAN:  Dob.

18             THE COURT:  All right.  I take it these

19   allegations have been presented through the law enforcement

20   officials in Florida?

21             MS. SUSSMAN:  Yes, sir.

22             THE COURT:  Have they investigated to your

23   knowledge or taking any action?

24             MS. SUSSMAN:  We do have a detective in Florida.

25   His name is Len Hoover.  I have the case number, and I
```

1    have --

2          THE COURT:  All right.

3          MS. SUSSMAN:  -- his phone number, and he's

4    available right now if you want to talk to him.

5          THE COURT:  No, that won't be necessary.

6          MS. SUSSMAN:  Okay, sir.

7          THE COURT:  Ms. Sussman --

8          MS. SUSSMAN:  Your Honor.

9          THE COURT:  -- if Mr. Kangas or anyone else

10   committed a criminal offense, threats, assaults, whatever

11   against you or the family or anyone else in Florida, then

12   presumably the Florida authorities will investigate, take

13   whatever steps are necessary in that regard.

14         From what you say, I could not cite any action

15   that Mr. Kangas has participated in that would support the

16   finding that he is likely to harm you in any illegal way.

17   Now, I don't know what -- what legal proceedings there are

18   underlying all of this or involved in all of this.  Legal

19   proceedings sometimes are harmful.  But that's not the sort

20   of harm if a person is evicted or their house is foreclosed

21   upon.  That's harmful to the person, but it's not something

22   that can be prevented by a restraining order.

23         I don't have any basis to think that this

24   Defendant poses any threat of illegal assault or threats to

25   you here in the District of Columbia.  Frankly, a civil

1  protection order or temporary restraining order would be of

2  minimal utility, effectiveness for a person who is bent on

3  breaking the law.  If a person threatens you illegally, he

4  or she can be prosecuted and imprisoned for a period of time

5  depending upon the severity of the offense.

6         If he violates a restraining order, temporary

7  restraining order, he could be held in contempt.  But

8  frankly, even if I were satisfied that Mr. Kangas presented

9  some sort of threat of criminal harm to you here in the

10  District of Columbia and issued a restraining order, I'm not

11  sure that it would have any more efficacy, any more -- be of

12  any more use to you than the fact that he presumably would

13  know he's violating the law.

14         So I'm hard-put to find that a temporary

15  restraining order is necessary or appropriate in this case

16  because, one, based on what you have testified to and told

17  me under oath, I have no basis to conclude that Mr. Kangas

18  poses any threat to you of irreparable harm.  As to Mr.

19  Sanabria, he's not here.

20         From what I understand, you don't know where he

21  is.  You haven't been able to serve him.  I suppose it is

22  correct that he physically touched you and turned you around

23  in an offensive way.  That might very well be characterized

24  as an assault.  I don't know if you reported that to the

25  Metropolitan Police or not.  Did you?

1              MS. SUSSMAN:  I did.

2              THE COURT:  I see.  And are -- did they

3    investigate it?

4              MS. SUSSMAN:  They are the ones that told me I

5    should look into filing protective orders.  I had a

6    detective up here.

7              THE COURT:  I see.  All right.  Well, if you are

8    able, do you want more time to attempt to serve Mr.

9    Sanabria?

10             MS. SUSSMAN:  Please, Your Honor.

11             THE COURT:  How much more time do you want?  As to

12   Mr. Kangas, I'm going to dismiss the case without prejudice

13   because there is no -- there is no evidence that he poses

14   any threat to you whatsoever.

15             MS. SUSSMAN:  Okay.

16             MR. BRAUN:  Ask for 30 days.

17             MS. SUSSMAN:  Thirty days, please, Your Honor.

18             THE COURT:  Well, I'm not going to continue it to

19   that long because this is -- would be a temporary

20   restraining order.  It would be something to maintain the

21   status quo for a limited period of time.  You say Mr.

22   Sanabria practices law in the District?

23             MS. SUSSMAN:  Yes, sir.

24             THE COURT:  I don't know why it would take 30 days

25   to effectively serve him.

1          MS. SUSSMAN:  Could I do 14?

2          THE COURT:  What's -- what's our next available

3    date?

4          THE DEPUTY CLERK:  September 12th.

5          THE COURT:  All right.  September 12th.  That's

6    more than 14 days.

7          MS. SUSSMAN:  Okay.

8          THE COURT:  All right.  So as to Mr. Kangas,

9    request for a temporary restraining order is denied, and

10   that case is dismissed because there is no -- your proffer

11   and your testimony, it is just totally lacking in terms of

12   issuing any restraining order against him.  As to Mr.

13   Sanabria, it's continued to --

14         THE DEPUTY CLERK:  September 12th at 2:30.

15         THE COURT:  September 12th at 2:30.

16         MS. SUSSMAN:  Yes, sir.

17         THE COURT:  All right.  Is there anything else,

18   Mr. Bond?  All right?

19         MR. BOND:  No, sir.  Thank you.

20         THE COURT:  Thank you.  All right.

21         MR. KANGAS:  Thank you, Your Honor.

22         THE COURT:  Have a good day.

23         MR. BRAUN:  10:30?

24         MS. SUSSMAN:  2:30.

25         MR. SUSSMAN:  (Indiscernible.)

```
1              MR. BOND:  May Mr. Kangas and I be excused, Your
2    Honor?
3              THE COURT:  You may.  On the other hand, one of
4    you may wish to stay and take -- get a copy of the order.
5    But that's up to you.
6              MR. KANGAS:  Yes, please.
7              MR. BOND:  I'll be in the audience.  Thank you.
8              THE COURT:  All right.  Thank you.
9              (Thereupon, this concludes these proceedings.)
10                        *   *   *   *   *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    CERTIFICATE OF TRANSCRIBER

2            I, BRANDEE CAIN, do hereby certify that in my

3    official capacity, I prepared from electronic recordings

4    the proceedings had and testimony adduced in the matter of:

5    SARAH K. SUSSMAN v. GUNTHER SANABRIA, et al., Docket

6    Number: 2018 CAB 005376, in said Court on the 22nd day of

7    August, 2018.

8            I further certify that the foregoing 26 pages

9    were transcribed to the best of my ability from said

10   recordings.

11           In witness whereof, I have subscribed my name

12   this the 14th day of July, 2022.

13

14                              _Brandee Cain_

15                              _____

16                                   Brandee Cain

17                                   TRANSCRIBER

18

19

20

21

22

23

24

25