**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

TERESA GAFFNEY                                  Case No.: 8-22-bk-00690-MGW
                                                Chapter 13
Debtor.
_____/

**NOTICE OF HEARING**

    NOTICE IS GIVEN THAT a preliminary hearing in this case will be held before the Honorable Michael G. Williamson on August 22, 2022 at 3:00 p.m. in Courtroom 8A at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on Creditor, PHILLIP A. BAUMANN'S, as Administrator Ad Litem of the Estate of John J. Gaffney, deceased, *Motion to Strike Defamatory Statements* – Docket #72.

    Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court–solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

    The Court may continue this matter upon announcement made in open court without further notice. Any party opposing relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated this 12th day of August, 2022.

                                                              Respectfully submitted,
                                                               BaumannKangas Estate Law


                                                              */s/Michael R. Kangas*
                                                              Michael R. Kangas
                                                              Florida Bar No. 54492
                                                              201 East Kennedy Boulevard, Suite 830
                                                              P.O. Box 399
                                                              Tampa, Florida 33601-0399
                                                              (813) 223-2202
                                                              Attorney for the Administrator Ad Litem

of the Estate of John J. Gaffney
Email: mrk@estatelawflorida.com
Secondary:
admin@estatelawflorida.com
jek@estatelawflorida.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system or U.S. Mail to:

**Office of the US Trustee**, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, Florida, 33602;

**Chapter 13 Trustee, Kelly Remick,** P.O. Box 89948, Tampa, Florida, 33689;

**Attorney for Debtor, Ziona Kopelovich**, 5422 Trouble Creek Road, New Port Richey, Florida 34652;

**Keith Labell,** Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487;

**Teresa Gaffney**, 3507 W San Luis Street, Tampa, Florida 33629.

on this 12th day of August, 2022.

/s/Michael R. Kangas
Michael R. Kangas
Florida Bar No. 54492