[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: September 8, 2022**

_Michael G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:	Case No.
	8:22–bk–00690–MGW
	Chapter 13

Teresa Gaffney

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE D

THIS CASE came on for consideration, without hearing, of the Amended Schedule D filed September 2, 2022, Doc. No. 81. The Amended Schedule D is deficient as follows:

> The Amendment to Schedules is not limited to only new or deleted information pursuant to Local Rule 1009–1(b).

.

Accordingly, it is **ORDERED:**

The Amended Schedule D is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.